UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON ISAKOV, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VF OUTDOOR, LLC,<br><br>    Defendant. | 1:24-cv-9094<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Simon Isakov ("Plaintiff") and VF Outdoor, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____April 30_____, 2025

EQUAL ACCESS LAW GROUP PLLC   MORGAN, LEWIS & BOCKIUS LLP

By: _____  By: _____

  Asher H. Cohen        Michael F. Fleming
  Equal Access Law Group PLLC   101 Park Avenue
  68-29 Main Street, Flushing, NY 11367 New York, New York 10178
  Tel: (718) 914-9694      Tel:  (212) 309-6207
  Email: Acohen@Ealg.law    Email: michael.fleming@morganlewis.com

 *Attorneys for Plaintiff*       *Attorneys for Defendant*

**SO ORDERED:**

Dated: __May 2_____, 2025

_____
    J. PAUL OETKEN
    United States District Judge